# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-CR-407-RLH-RJJ |
| vs. | ) | |
| | ) | |
| **COREY SMILEY,** | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

   IT IS HEREBY ORDERED that attorney, Richard E. Tanasi, is appointed as counsel for Corey Smiley in place of Robert Draskovich for all future proceeding.

   Mr. Draskovich shall forward the file to Mr. Tanasi forthwith.

DATED this 17th day of May, 2011.
Nunc Pro Tunc : May 13, 2011

_____
Robert J. Johnston
United States Magistrate Judge