# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:10-cr-407-KJD-RJJ |
| )  PLAINTIFF, ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| TARL BRANDON, and ) | |
| COREY SMILEY, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the defendants and offenses charged in case numbers 2:09-cr-494-KJD-VCF, 2:10-cr-209-KJD-VCF and 2:10-cr-407-KJD-RJJ are joined for trial.

DATED this __15__ day of __March_____ 2012.

_____
UNITED STATES DISTRICT JUDGE

3

|   |   |
|---|---|
| 1 | **ELECTRONIC CERTIFICATE OF SERVICE** |
| 2 | I, the undersigned, hereby certify that I am an employee of the United States Attorney's Office, |
| 3 | District of Nevada, and that on this day an electronic copy of the foregoing MOTION TO JOIN |
| 4 | CASES FOR JOINT TRIAL was electronically served on counsel of record. |
| 5 | Date: March 13, 2012. |

       /S/   Pamela J. Mrenak
       PAMELA J. MRENAK
       Legal Assistant