# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>COREY SMILEY,<br><br>         Defendant. | 2:10-CR-209-KJD-(VCF)<br>2:10-CR-407-KJD-(RJJ) |

## ORDER OF FORFEITURE

On May 29, 2012, defendant COREY SMILEY pled guilty to Count One of a Four Count Criminal Indictment in Docket No. 2:10-CR-209-KJD-(VCF) charging him in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349. And he also pled guilty to Count One of a Thirteen Count Criminal Indictment in Docket No. 2:10-CR-407-KJD-(RJJ) charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343, and 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictments and agreed to in the Plea Memorandum. Criminal Indictments, ECF No 1; Plea Memoranda, ECF Nos. 67 and 70; Minutes of Change of Plea Proceedings, ECF Nos. 72 and 74, respectively.

This Court finds that COREY SMILEY shall pay a criminal forfeiture money judgment of $1,569,599.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from COREY SMILEY a criminal forfeiture money judgment in the amount of $1,569,599.00 in United States Currency.

DATED this __2nd__ day of __June_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (proposed) Order of Forfeiture on May 30, 2012, by the below identified method of service:

CM/ECF:

Todd M Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
Counsel for Defendant Tarl Brandon

Robert M Draskovich , Jr.
Robert M. Draskovich, Chtd.
815 S Casino Center
Las Vegas, NV 89101
Email: emagana@draskovich.com
Counsel for Defendant Corey Smiley

Randall J Roske
Randall J. Roske, Law Office of
2055 W Charleston Blvd Suite C
Las Vegas, NV 89102-2258
Email: rjroske@yahoo.com
Counsel for Defendant Cardell Robinson

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal